WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Michael Kamarata,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>Defendant. | No. CV-25-01096-PHX-DJH<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Remand to the Agency. (Doc. 17). Due to the parties' stipulation, this action is remanded under 42 U.S.C. § 405(g), sentence four of the Social Security Act.

On remand, the Acting Commissioner of Social Security ("Commissioner") will further develop the record as necessary and issue Plaintiff a new decision.

Accordingly,

**IT IS ORDERED** that the parties' Stipulation for Remand to the Agency (Doc. 17) is **GRANTED.** The matter is remanded to the Social Security Administration.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated this 10th day of November, 2025.

Honorable Diane J. Humetewa
United States District Judge